UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No.: 2:24-mj-12280-JBC |
| v. | : | |
| REMINGTON GOY OGLETREE | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, by JOLEE PORTER (Jolee.Porter3@usdoj.gov), Trial Attorney, is appearing for the United States of America in the above-captioned matter.

PHILIP R. SELLINGER
United States Attorney

SIGNATURE

By: Jolee Porter
Trial Attorney
DOJ
Computer Crime and Intellectual Property Section

Dated: November 18, 2024