Robert A. Mintz (006561985)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
(973) 639-8461
grosamond@mccarter.com
*Attorneys for Defendant*
  *Remington Goy Ogletree*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>v.<br><br>REMINGTON GOY OGLETREE, a/k/a REMI,<br><br>        Defendant. | Case No. 2:24-mj-12280-JBC-1<br><br><br>**NOTICE OF APPEARANCE**<br>**ROBERT A. MINTZ** |

**PLEASE TAKE NOTICE** that Robert A. Mintz, a partner of the law firm of McCarter & English, LLP, hereby enters his appearance as counsel for Defendant Remington Goy Ogletree in the above-captioned matter.

                              McCARTER & ENGLISH, LLP
                              Attorneys for Defendant
                                Remington Goy Ogletree


                              By: */s/ Robert A. Mintz*
                                  Robert A. Mintz

Dated:   November 18, 2024

ME1 51167437v.1