Geoffrey N. Rosamond (023261996)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
(973) 639-8461
grosamond@mccarter.com
*Attorneys for Defendant*
  *Remington Goy Ogletree*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>         Plaintiff,<br><br>v.<br><br>REMINGTON GOY OGLETREE, a/k/a REMI,<br><br>         Defendant. | Case No. 2:24-mj-12280-JBC-1<br><br><br>**NOTICE OF APPEARANCE**<br>**GEOFFREY N. ROSAMOND** |

**PLEASE TAKE NOTICE** that Geoffrey N. Rosamond, a partner of the law firm of McCarter & English, LLP, hereby enters his appearance as counsel for Defendant Remington Goy Ogletree in the above-captioned matter.

McCARTER & ENGLISH, LLP
Attorneys for Defendant
 Remington Goy Ogletree


By: */s/ Geoffrey N. Rosamond*
     Geoffrey N. Rosamond

Dated:   November 18, 2024

ME1 51166507v.1