Geoffrey N. Rosamond (023261996)
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 639-8461
grosamond@mccarter.com
*Attorneys for Defendant*
  *Remington Goy Ogletree*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>REMINGTON GOY OGLETREE, a/k/a REMI,<br><br>Defendant. | Case No. 2:24-mj-12280-JBC-1<br><br>**NOTICE OF MOTION FOR THE *PRO HAC VICE* ADMISSION OF CALEB MASON, ESQ.** |

  **PLEASE TAKE NOTICE** that, on a date to be determined by the Court, the undersigned attorneys for Defendant Remington Goy Ogletree shall move before the Honorable James B. Clark, U.S.M.J. of the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order pursuant to L. Civ. R. 101.1(c) admitting Caleb Mason, Esq. to appear and participate *pro hac vice* in the above-captioned matter on behalf of Defendant Remington Goy Ogletree.

  **PLEASE TAKE FURTHER NOTICE** that the accompanying Certification of Geoffrey N. Rosamond, Esq. and Certification of Caleb Mason, Esq. are submitted in support of this application;

**PLEASE TAKE FURTHER NOTICE** that unless oral argument is requested by the Court, this motion is submitted on the papers pursuant to Fed. R. Civ. Proc. 78; and oral argument is hereby waived; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order admitting Caleb Mason, Esq. *pro hac vice* is submitted herewith.

By: */s/ Geoffrey N. Rosamond*
Geoffrey N. Rosamond
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 639-8461
grosamond@mccarter.com
*Attorneys for Defendant
 Remington Goy Ogletree*

Dated:   November 18, 2024