Geoffrey N. Rosamond (023261996)
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 639-8461
grosamond@mccarter.com
*Attorneys for Defendant*
  *Remington Goy Ogletree*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>           Plaintiff,<br><br>v.<br><br>REMINGTON GOY OGLETREE, a/k/a REMI,<br><br>           Defendant. | Case No. 2:24-mj-12280-JBC-1<br><br>**CERTIFICATION OF GEOFFREY N. ROSAMOND, ESQ. IN SUPPORT OF *PRO HAC VICE* ADMISSION OF CALEB MASON, ESQ.** |

GEOFFREY N. ROSAMOND, of full age, hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey and a member of the law firm of McCarter & English, LLP, attorneys for Defendant Remington Goy Ogletree. I make this certification in support of the application of Caleb Mason, Esq. for admission to this Court *pro hac vice*.

2. As set forth in his declaration, Mr. Mason is a member in good standing of the bars of Illinois and California.

3. Mr. Mason will represent Defendant Remington Goy Ogletree in association with McCarter & English, LLP as attorneys of record, and McCarter & English, LLP will be responsible for his conduct. All pleadings, briefs, and other papers filed with this Court in

ME1 51165597v.1

the above-captioned matter will be signed and filed by an attorney at law of this Court. Further, McCarter & English, LLP will appear at all Court proceedings unless otherwise excused by the Court.

4. If this application is granted, Mr. Mason agrees to:

i. Make payment of $250.00 to the Clerk of the U.S. District Court in accordance with Local Civil Rule 101.1(c)(3) as amended, within twenty (20) days from the date of the executed Order;

ii. Make payment to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:28-2(a);

iii. Abide by New Jersey Court rules;

iv. Notify this Court immediately of any matter affecting his standing at the bar of any other Court; and

v. Have all pleadings, briefs, and other papers filed with this Court signed by an attorney of record authorized to practice in New Jersey.

I hereby declare under penalty of perjury that the foregoing statements made by me are true and accurate.

By: */s/ Geoffrey N. Rosamond*
    Geoffrey N. Rosamond
    **McCARTER & ENGLISH, LLP**
    Four Gateway Center
    100 Mulberry Street
    Newark, NJ 07102
    (973) 639-8461
    grosamond@mccarter.com
    *Attorneys for Defendant*
     *Remington Goy Ogletree*

Dated:   November 18, 2024

ME1 51165597v.1