# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. James B. Clark, III |
| v. | : | Mag. No. 24-12280 |
| REMINGTON GOY OGLETREE<br>a/k/a "remi" | : | **CERTIFICATION OF CALEB E. MASON FOR PRO HAC VICE ADMISSION** |

    NOW COMES the undersigned who requests this Court grant his admission Pro Hac Vice. In support of this motion, the undersigned states the following:

    1.    I am admitted to practice in Illinois (2005) and California (2006), and am admitted in the Central District of California, Southern District of California, Northern District of California, Northern District of Illinois, District of Nebraska, the United States Supreme Court, and the 3rd, 8th, 9th and 11th Circuit Courts of Appeals.

    2.    I have never been disciplined, sanctioned, suspended, or disbarred in any Court in which I am a member or have appeared.

    3.    I hereby consent to the jurisdiction of this Court, to be subject to the jurisdiction and rules of the District Court of New Jersey governing professional conduct.

    4.    I have never been refused pro hac vice admission in any district. I have been admitted pro hac vice in the District of Nevada, the Eastern District of Kentucky, the Western District of Arkansas and the Southern District of Georgia.

Dated: November 18, 2024

_____
Caleb E. Mason
Counsel for Remington Goy Ogletree