Geoffrey N. Rosamond (023261996)
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 639-8461
grosamond@mccarter.com
*Attorneys for Defendant*
 *Remington Goy Ogletree*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          Plaintiff,<br><br>v.<br><br>REMINGTON GOY OGLETREE, a/k/a REMI,<br><br>          Defendant. | Case No. 2:24-mj-12280-JBC-1<br><br>**CERTIFICATE OF SERVICE** |

GEOFFREY N. ROSAMOND, of full age, hereby certifies as follows:

1.   I am an attorney at law of the State of New Jersey and a member of the law firm of McCarter & English, LLP, attorneys for Defendant Remington Goy Ogletree in the above-captioned matter.

2.   On November 18, 2024, I caused a copy of the Notice of Motion for the *Pro Hac Vice* Admission of Caleb Mason, Esq., supporting Certifications of Geoffrey N. Rosamond, Esq. and Caleb Mason, Esq., a proposed form of Order, and this Certificate of Service, to be filed with the Court via the Court's electronic filing system (ECF).

3.   On the same date, I caused a courtesy copy of the aforementioned documents to be served upon the following via the Court's electronic filing system (ECF):

ME1 51167792v.1

-2-

Andrew D. Kogan
Office of the US Attorney
970 Broad Street, Room 702
Newark, NJ 07102

Jolee Porter
DOJ-CRM
1301 New York Avenue NW
Washington, DC 20530

        By: */s/ Geoffrey N. Rosamond*
           Geoffrey N. Rosamond
           **McCARTER & ENGLISH, LLP**
           Four Gateway Center
           100 Mulberry Street
           Newark, NJ  07102
           (973) 639-8461
           grosamond@mccarter.com
           *Attorneys for Defendant*
            *Remington Goy Ogletree*

Dated:   November 18, 2024