Geoffrey N. Rosamond (023261996)
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 639-8461
grosamond@mccarter.com
*Attorneys for Defendant*
  *Remington Goy Ogletree*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>REMINGTON GOY OGLETREE, a/k/a REMI,<br><br>Defendant. | Case No. 2:24-mj-12280-JBC-1<br><br>**ORDER GRANTING MOTION FOR THE PRO HAC VICE ADMISSION OF CALEB MASON, ESQ.** |

**THIS MATTER** having been opened before the Court by McCarter & English, LLP, Counsel for Remington Goy Ogletree, and the Court having considered the moving papers, and for good cause shown:

**IT IS** on this _____ day of _____, 2024 hereby

**ORDERED** that Caleb Mason, Esq. is admitted *pro hac vice* on behalf of Defendant Remington Goy Ogletree in the above-captioned matter pursuant to L. Civ. R. 101.1(c)(1); it is further

**ORDERED** that all notices, pleadings, and other papers filed with this Court shall be served upon McCarter & English, LLP and that McCarter & English, LLP shall enter all

ME1 51164816v.1

appearances and be responsible for the signed papers and the conduct of attorneys admitted herewith; and it is further

**ORDERED** that Caleb Mason, Esq. shall make payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall make such payment as required for each year in which he continues to appear *pro hac vice* in this matter, and $250.00 to the United States District Court for the District of New Jersey, as required by L. Civ. R. 101.1(c).

_____
Hon. James B. Clark, III, U.S.M.J.