# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>REMINGTON GOY OGLETREE<br>*Defendant* | MAGISTRATE JUDGE: Hon. André M. Espinosa<br>CASE NO.: 24-12280<br>DATE OF PROCEEDINGS: 11/19/2024<br>DATE OF ARREST: |

**PROCEEDINGS:** Initial Appearance

- [ ] COMPLAINT
- [✓] ADVISED OF RIGHTS  [✓] ADVISED OF CHARGES AND PENALTIES
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD  [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM  [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY  [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED  [ ] FINANCIAL COLLOQUY
- [✓] WAIVED PRELIMINARY HEARING
- [✓] BRADY ORDER

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [✓] BAIL SET: $150,000.00
  - [✓] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [✓] TRAVEL RESTRICTED
- [✓] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [✓] MENTAL HEALTH TESTING AND/OR TREATMENT
- [✓] SURRENDER AND/OR OBTAIN NO PASSPORT
- [✓] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.       DATE:
- [ ] DETENTION/BAIL HRG.             DATE:
- [ ] TRIAL: [ ] COURT [ ] JURY       DATE:
- [ ] SENTENCING                      DATE:
- [ ] OTHER:                          DATE:

**APPEARANCES:**

AUSA: Andrew Kogan and Jolee Porter

DEFT. COUNSEL: Geoffrey Rosamond and Caleb Mason

PO/PTS: Shannon Hull

INTERPRETER
Language:

TIME COMMENCED: 10:44 am
TIME TERMINATED: 11:14 am
CD NO: ECR

Joel De La Cruz
DEPUTY CLERK